924

No. ———. CONNOR ET AL. *v.* JOHNSON ET AL., 402 U. S. 690;

No. 68. DEMING *v.* UNITED STATES, 402 U. S. 949;

No. 133. UNITED STATES *v.* THIRTY-SEVEN (37) PHOTOGRAPHS (LUROS, CLAIMANT), 402 U. S. 363;

No. 141. BROSSARD *v.* UNITED STATES, 402 U. S. 981;

No. 142. HARRIS *v.* UNITED STATES, 402 U. S. 981;

No. 145. FLESCH *v.* UNITED STATES, 402 U. S. 982;

No. 149. DILLON *v.* UNITED STATES, 402 U. S. 982;

No. 151. POSNER *v.* UNITED STATES, 402 U. S. 982;

No. 284. BENDER *v.* UNITED STATES, 402 U. S. 982;

No. 356. EVANS *v.* UNITED STATES, 402 U. S. 987;

No. 534. UNITED STATES *v.* REIDEL, 402 U. S. 351;

No. 1475. FUHRMAN, ADMINISTRATRIX, ET AL. *v.* UNITED STATES STEEL CORP. ET AL., 402 U. S. 987;

No. 6067. TYCZKOWSKI *v.* PENNSYLVANIA, 400 U. S. 1022;

No. 6535. MITCHELL *v.* UNITED STATES, 402 U. S. 946; and

No. 6822. NELSON *v.* WARDEN, KANSAS STATE PENITENTIARY, 402 U. S. 997: Petitions for rehearing denied.

No. 1334. SILVERMAN *v.* UNITED STATES, 402 U. S. 953. Petition for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 5219. SHAH *v.* IMMIGRATION AND NATURALIZATION SERVICE, 400 U. S. 837; and

No. 6653. EDMONDSON *v.* UNITED STATES, 402 U. S. 931. Motions for leave to file petitions for rehearing denied.

No. 6848. RUDERER *v.* REGAN, U. S. District Judge, 402 U. S. 1008. Petition for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.